IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE "Victim"

    Plaintiff,

v.                                                 No. 1:18-cv-01165 KG/JHR

WADE DUBOSE, AND RIO RANCHO
PUBLIC SCHOOLS "RRPS,"

    Defendants.

## ORDER DISMISSING RIO RANCHO PUBLIC SCHOOLS WITH PREJUDICE

THIS MATTER having come before the Court on the Unopposed Motion for Entry of Order Filed Under Seal Dismissing Defendant Rio Rancho Public Schools with Prejudice [Doc. 45], the Court having held a hearing on June 10, 2020, and granting in part and denying in part the Unopposed Motion [Doc. 49], hereby Orders the following:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Rio Rancho Public Schools is hereby dismissed from these proceedings with prejudice and Defendant will make future periodic payments as further described in Exhibit A, and Exhibit A only will be filed under Seal.

FURTHER, all matters are now concluded, each party is to bear their own costs and fees, and the case is hereby dismissed.

                                                                                 _____
                                                                           UNITED STATES DISTRICT JUDGE

Submitted by:

*Walz and Associates, P.C.*

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
*Attorney for Defendant Rio Rancho Public Schools*
133 Eubank N.E.
Albuquerque, NM 87123
(505) 275-1800

Approved by:

*German • Burnette & Associates, LLC*

*/s/ approved via email 06/11/20*
ELIZABETH L. GERMAN, ESQ.
*Attorney for Defendant Wade Dubose*
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676

*Kalm Law Firm, P.C.*

*/s/ approved via email 06/11/20*
CHARLES KALM, ESQ.
*Attorney for Plaintiff*
P.O. Box 20248
Albuquerque, NM 87154
(505) 299-5077